1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19

| JUAN'S HAIR SALON, on Behalf of Itself and All Others Similarly Situated, | Case No.:  20-CV-1527 TWR (AGS) |
|---|---|

JUAN'S HAIR SALON, on Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; and UNDERWRITERS AT LLOYD'S LONDON KNOWN AS SYNDICATES AXS, CNP, ACS, and ARK,

Defendants.

Case No.:  20-CV-1527 TWR (AGS)

**ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE REGARDING DEFENDANTS' RESPONSE TO THE FIRST AMENDED COMPLAINT**

(ECF No. 12)

20
21
22
23
24
25
26
27
28

Presently before the Court is the Parties' Joint Motion to Set Briefing Schedule Regarding Defendants' Response to the First Amended Complaint ("Joint Mot.," ECF No. 12).  Good cause appearing, the Court **GRANTS** the Joint Motion.  As stipulated among the Parties, Defendants **SHALL FILE** their response to Plaintiff's First Amended Complaint on or before December 23, 2020.  Should Defendants file anything other than an answer to the First Amended Complaint, Plaintiff **SHALL FILE** its opposition on or

/ / /

/ / /

/ / /

1

before February 22, 2021, and Defendants **MAY FILE** their reply on or before April 23, 2021.

     **IT IS SO ORDERED.**

Dated:  October 13, 2020

_____
Honorable Todd W. Robinson
United States District Court

20-CV-1527 TWR (AGS)